CAUSE NO. 36,166     01-15-720-CR

IN The 212th JudicaL

Ronald Lee Trahan     District Court of
#301666

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
AUG 26, 2015
CHRISTOPHER A. PRINE,
CLERK

GaLveston County, Texas

V

Doryn Danner Glenn

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
AUG 26 2015
CHRISTOPHER A. PRINE
CLERK

GaLveston County District clerk

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

To The Honorable Judge of Said Court:   MAILED 8/24/18

Comes now, Ronald Lee Trahan, Relator, Pro se in the Above-styled And numbered cause of action And files this Original Application for Writ of Mandamus, Pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, And Would show the court the following:

Relator

Ronald Lee Trahan     , TDCJ #301666     , is an offender incarcerated in the Texas Department of Criminal Justice And is appearing Pro se, who can be located at Robertson unit 12071 F.M. 3522 Jones county, Abilene Texas 79601

Relator has exhausted his remedies And has no other Adequate remedy At Law.

The Act sought to be compelled is ministerial, not discretionary in nature, Tccp Art. 11.07 Section 3(c) requires Respondent to immediately transmit to the Trial court a copy of the motion for DNA testing. Any Answers filed, And a certificate reciting the date upon which that finding was made.

If the convicting court decides that there Are No issues to be resolved. No copy of the Motion for DNA testing, Any Answers filed, And A certificate reciting the date upon which that finding was made have been transmitted to the Trial court. Had such documents been transmitted to the Trial Court by Respondent As requird by Statute, Relator Would have received notice from the Trial Court. Respondent, Doryn Danner Glenn in her capacity As District Clerk of Galveston County, Texas has a ministerial duty to received and file All papers in A criminal proceeding, And perform All other duties imposed on the clerk by Law pursuant to Tccp Art. 221, And is responsible under Tccp 11.07 Sec. 3(c) to the Trial court A copy for the Montion of DNA testing Any Anewers filed, And A certificate reciting the date upon which that finding was made if the convicting court decides that there Are No issues to be resolved Doryn Danner Glenn

District Clerk, <u>Gelveston</u> County may be served at her place of Business at 600 59th Street Suite 4001 <u>Galveston</u>, Texas <u>77551</u>.

<u>Violation of Article 11.07 of The Texas Code of Criminal Procedure</u>

The Respondent Violated Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the Mantion for DNA testing, any answers filed, and a certificate reciting the date upon which that finding was made to the trial court within the time prescribed by Law and within a reasonable time from the date on which the documents requested to be transmitted. Requests for the transmitted of the Mantion for DNA testing, any answers filed, and a certificate reciting the date upon which that finding was made were made by Relator to <u>Doryn Danner Glenn</u>, District Clerk, <u>Galveston</u> County, by certified mailed letters 6/6/2015, 6/20/2015, pursuant to Article 11.07 Section 3(c) of the Code of Criminal

Procedure, True And Accurate copies of the above letters Are Attached hereto As Exhibits "A" through "D", And Are incorporated by reference herein for All purposes to date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the Montion for DNA testing, Any Answers filed, And A certificate reciting the date upon which the finding was made to the Trial court. And that such records Are required by the Trial Court to Act on Relator's montion for DNA testing, Relator has gone well beyond Any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure, In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07 Section 3(c), is Acting in bad faith, And has also failed to afford Relator the professional And common Courtesy of Any written responses to his correspondence And requests,

Article 11.07 Section 3(c) clearly states that "If the convicting court decides that there are no such issues, the clerk shall immediately transmit to the trial court Any Answers filed, And A certificate reciting the date Upon Which that finding was made. Failure of the court to Act within the Allowed 20 days Shall Constitute Such A finding" Texas Code of Criminal Procedure Article 11.07 Sec 3(c) Respondent is in Violation of this procedure, Ministerial dates, And thus the Laws of this state.

## Prayer for Relief

Wherefore Premises Considered Relator, Ronald Lee Trahan, pro se, Respectfully requests A finding that the Respondent did not transmit documents to the trial court within A reasonable time after the date they were requested And that Relator brought this litigation

In good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit copy of the motion for DNA testing, any answers filed and a certificate reciting the date upon which that finding was made to the trial court as directed in Article 11.07 Sec. 3(c) of the Texas code of Criminal Procedure and as requested in Relators letters Exhibits "A through "D");

Respectfully, Submitted,

By: Ronald Lee Graham
Relator

The State of Texas
County of Galveston

Affidavit

I swear under Oath that the facts and Allegations in the above Application for Writ of Mandamus are true and correct.

Ronald Lee Trahan
Relator

Signed under Oath before me, on this the ___ day of _____, 20 ___

_____
Notary Public in and for the State of Texas
Ronald Lee Trahan

Certificate of Service

I hereby certify that a true copy of the above Application for Writ of Mandamus was Sered on _____ by placing a copy in the U.S. Mail Addressed to: _____ on this the ___ day of _____ 20 ___,

_____
Relator

Cause No. 36,166

Ronald Lee Trahan                    In The 212th Judicial
#301466
                                     District Court of
V.

Doryn Danner Glenn                   Galveston County, Texas

Galveston County District Clerk.

ORder

On this day came on to be heard the
foregoing Relator's Application for writ of
Mandamus And it appears to the court that the
Same Should be:
_____ GRANted

It is Therefore Ordered that the District Clerk shall
immediately transmit to the court any answers filed
And A certificate reciting Date ypoo which that transmittal
was made. Signed on this the _____ day of _____ 20___


_____
PResiding Judge

Exhibit A

Exhibit A

Exhibit A

E.

## NO. 36,166

Ronald Lee Trahan      In The District Court

V.      212th Judicial District

The State of Texas      Galveston County, Texas

### Request for Appointment of Counel.
### Pursuant To Article 64, Code of Criminal Procedure

To The Honorable Judge of Said Court:

Comes Now Defendant Ronald Lee Trahan, TDCJ NO. 301666, And requests Appointment of Counel, to Assist Defendant in obtaining An Order, for DNA testing from the Court pursuant to Article 64.01(c), code of Criminal Procedure. Defendant wishes to Submit a Motion Pursuant to chapter 64 requesting DNA testing And Defendant is indigent. An Affidavit of indigency is Attached And incorporated hereto As Exhibit "1"

Respectfully, Submitted.

Ronald Trahan

TDCJ-ID 301666

Texas Department of Criminal Justice
Institutional Division
Robertson Unit
12071 Fm 3522
Abilene, Texas 79601

## Certificate of Service

I Ronald Lee Trahan, do hereby certify that a true and correct copy of the writ of mandamus have been forwarded to Dolyn Danner Glenn, Galveston County District Clerk at 600 59th Street Suite 4001 Galveston Texas 77551. On this the day of Aug, 18/ 20 15

Ronald Lee Trahan
Defendant Pro Se.
Ronald Lee Trahan
#301666
Robertson Unit
12071 Fm 3522
Abilene, Texas 79601

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE     08/17/15
RB51/RBA2481              IN-FORMA-PAUPERIS DATA               09:27:09
TDCJ#: 00301666 SID#: 02659185 LOCATION: ROBERTSON    INDIGENT DTE: 08/07/15
NAME: TRAHAN, RONALD LEE              BEGINNING PERIOD: 02/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.56 TOT HOLD AMT:        0.00 3MTH TOT DEP:      49.98
6MTH DEP:          64.98 6MTH AVG BAL:        5.58 6MTH AVG DEP:      10.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/15      24.98          24.98        04/15      0.00          0.00
06/15      22.57           0.00        03/15      0.03          0.00
05/15      25.00          25.00        02/15     35.76         15.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```



ROBERT BAKER
Notary Public, State of Texas
My Commission Exp 07-09-18

STATE OF TEXAS, COUNTY OF _Jones_
ON THIS THE ᵗʰ DAY OF _August 2015_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:

```
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

TDCJ Robertson Unit
Law Library

Exhibit B

Exhibit B

Exhibit B

Date June 6, 2015

County of Galveston
District Clerk
Doryn Dannez Glenn
600 54th Street Suite 4001
Galveston, Texas 77551

CASE Number: 09-81-119-CR

Cause No 36,166

Dear Clerk;

I filed a motion for Consideration Requesting for Appointment of counsel, Pursuant to Article 64, Code of Criminal Procedure and Requested Appointment of counsel to Assist Defendant in obtaining An Order for DNA testing from the court. testing on finger prints.

Please advise me of the courts decision on this motion at the Address below.

Your Cooperation in this matter is very much Appreciated.

Sincerely,
Ronald Lee Trahan

Ronald Lee Trahan #301166
Robertson Unit
12071 FM 3522
Abilene, Tx. 79601

cc file:

Exhibit c

Exhibit c

Exhibit c

Latonia D Wilson
District Clerk
600 59th St. Ste 4001
Galveston, Tx. 77551

Ronald Lee Trahan #301666
Robertson Unit
12071 Fm 3522
Abilene, Tx 79601

June 20, 2015

Re: Ronald Lee Trahan
Cause: 36,166
No. 09 81 119 CR

Dear clerk
    Please assistance me in this matter
I have filed a Motion for the court to appointed counsel
in support of Right to Representation by counsel in the
above styed and numbered. Cause 36,166. It is to
Assist me in obtaining an order for (DNA) testing
on fingerprints) from the court pursuant to Atizle (64.01)(c)
code of Criminal procedure.

        your Assistance in this matter is greatly

Appreciated

        Sincerely
        Ronald Lee Trahan #301666

cc file:

Exhibit D

Exhibit D

Date June 6, 2015

Ronald Lee Tarhan
Robertson Unit #301646
12071 FM 3522
~~Abilene Tx 79601~~
Abilene, Tx 79601

County of Galveston
District Clerk
Doryn Danner Glenn
600 59th Street Suite 4001
Galveston, Texas 77551

Cause No. 36,1666

Dear Clerk:

I filed a Motion for Consideration Requesting for appointment of Counsel Pursuant to Article 64, Code of Criminal Procedure And requested appointment of Counsel to Assist Relator in obtaining an Order for DNA testing from the court. I am Respectfully Notifying you that I will seek a Writ of Mandamus Consideration for to my three letters concerning this matter.

Your Cooperation in this matter is very much Appreciated. Sincerely, Ronald Lee Tarhan

cc file

Ronald Lee Trahan #301666
Robertson Unit
12071 Fm 3522
Abilene, TX 79601

The Court of Appeals
Ninth District
1001 Pearl St. Suite
RPAumont TEXAS 7771